**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6125**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICK L. TOPPER,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-97-250, CA-99-4225-6)

───────────

Submitted:  April 13, 2000          Decided:  April 21, 2000

───────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Patrick L. Topper, Appellant Pro Se.  Harold Watson Gowdy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick L. Topper seeks to appeal the district court's order denying his motion to modify his sentence, which the district court properly construed as one filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See United States v. Topper, Nos. CR-97-250; CA-99-4225-6 (D.S.C. Dec. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that the district court's order on page 2 is incorrect as to the guideline range that would apply if Topper qualified for a two-level decrease under U.S. Sentencing Guidelines Manual § 2D1.1(b)(5), and it also mistakenly states that the court departed downwardly under USSG § 5K1.1, rather than reduced the sentence under Fed. R. Crim. P. 35(b). However, these errors are not material to the court's decision and are therefore harmless.

2